**Order entered March 25, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00275-CR**

**TIMOTHY LEE BARNUM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 069939**

**ORDER**

Before the Court is appellant's March 23, 2022 pro se motion to file a supplemental brief. The law is well-settled that appellant, who is represented by counsel on appeal, is not entitled to hybrid representation. *See Scheanette v. State*, 144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004) (appellant has no right to hybrid representation on appeal); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995) (declining to address issues raised in supplemental brief filed by appellant pro se when he was already represented by counsel); *Miniel v. State*, 831 S.W.2d

310, 313 n.1 (Tex. Crim. App. 1992) (same); *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981) (appellant is not entitled to hybrid representation); *Landers v. State*, 550 S.W.2d 272, 280 (Tex. Crim. App. 1977) (op. on reh'd) (same). Therefore, we **DENY** his pro se motion.

We **DIRECT** the Clerk to send a copy of this order to Timothy Lee Barnum, TDCJ# 02345234, Ellis Unit, 1697 F.M. 980, Huntsville, TX 77343, in addition to counsel for all parties.

/s/    ERIN A. NOWELL
       JUSTICE